JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO R., | Case No. SACV 19-1640-KK |
| Plaintiff, | |
| v. | JUDGMENT |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant(s). | |

Pursuant to the Order Dismissing Action Without Prejudice, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated:  May 27, 2020

_____

HONORABLE KENLY KIYA KATO
United States Magistrate Judge